

JUDGE'S COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
NML CAPITAL, LTD. and EM LTD.,               :   08 Civ. 7974 (TPG)
                                             :
                    Plaintiffs,              :   STIPULATION AND ORDER
v.                                           :   MODIFYING BRIEFING SCHEDULE
                                             :
THE REPUBLIC OF ARGENTINA and                :
BANCO DE LA NACIÓN ARGENTINA,                :
                                             :
                    Defendants.              :
------------------------------------------------------------x
                                             :   03 Civ. 8845 (TPG)
NML CAPITAL, LTD.,                           :   05 Civ. 2434 (TPG)
                                             :   06 Civ. 6466 (TPG)
                    Plaintiff,               :   07 Civ. 1910 (TPG)
                                             :   07 Civ. 2690 (TPG)
v.                                           :   07 Civ. 6563 (TPG)
                                             :   08 Civ. 2541 (TPG)
THE REPUBLIC OF ARGENTINA,                   :   08 Civ. 3302 (TPG)
                                             :   08 Civ. 6978 (TPG)
                    Defendant.               :   09 Civ. 1707 (TPG)
                                             :   09 Civ. 1708 (TPG)
------------------------------------------------------------x
EM LTD.,                                     :
                                             :   03 Civ. 2507 (TPG)
                    Plaintiff,               :
                                             :
v.                                           :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                    Defendant.               :
------------------------------------------------------------x

RECEIVED AUG 1 3 2010 CHAMBERS OF JUDGE GRIESA

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8/13/10

This Stipulation and Order is entered into this 12th day of August, 2010, by and among NML Capital, Ltd. ("NML"), EM Ltd. ("EM," and together with NML, "Plaintiffs"), Banco de la Nación Argentina ("BNA"), and the Republic of Argentina (the "Republic," and together with BNA, "Defendants").

23250228v1

WHEREAS, on June 11, 2010, the parties entered into a Stipulation and Consent Order that included a briefing schedule for additional briefing with respect to the Reconsideration Motion (the "Supplemental Briefing"), Plaintiffs' motion to confirm the 2010 ex parte orders (the "2010 Confirmation Motion"), Plaintiffs' motion for leave to amend the complaint (the "Amendment Motion") and Defendants' motion to vacate the 2010 ex parte orders (the "2010 Motion to Vacate);

WHEREAS, on July 8, 2010, the parties entered into a Stipulation and Order Modifying Briefing Schedule, and the parties now seek further modification to that briefing schedule;

NOW, THEREFORE, it is STIPULATED and AGREED by and among Plaintiffs, BNA, and the Republic, and ORDERED that:

1.  With respect to the Supplemental Briefing, the Amendment Motion, and the 2010 Confirmation Motion, Plaintiffs shall submit their reply brief and any supporting papers on or before September 3, 2010.

2.  With respect to the 2010 Motion to Vacate, Plaintiffs shall submit their opposition brief and any supporting papers on or before September 3, 2010 and Defendants shall submit their reply briefs and any supporting papers on or before September 21, 2010.

| DECHERT LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
|---|---|
| By: _____/SMG_<br>Robert A Cohen<br>Dennis H. Hranitzky | By: _____/SMG_<br>Carmine D. Boccuzzi, Jr.<br>Christopher P. Moore |
| 1095 Avenue of the Americas<br>New York, New York 10036<br>Tel. (212) 698-3500 | One Liberty Plaza<br>New York, NY 10006<br>Tel. (212) 225-2000 |
| *Attorneys for*<br>*Plaintiff NML Capital, Ltd.* | *Attorneys for*<br>*Defendant the Republic of Argentina* |

23250228v1

DEBEVOISE & PLIMPTON LLP

By: /s/ Suzanne Grosso
David W. Rivkin
John B. Missing
Suzanne M. Grosso

919 Third Avenue
New York, New York  10022
Tel. (212) 909-6000

*Attorneys for*
*Plaintiff EM Ltd*

DORSEY & WHITNEY LLP

By: /s/ Mark Sullivan /SMG
Mark S. Sullivan
Mario Diaz-Cruz, III

250 Park Avenue
New York, NY  10177
Tel. (212) 415-9200

*Attorneys for*
*Defendant Banco de la Nación Argentina*

So Ordered:

/s/ Thomas P. Griesa

August 13, 2010

4820-6700-6214\123250228v1