UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
EM LTD. and NML CAPITAL, LTD.,                                   :
                                                                 :   08 Civ. 7974 (TPG)
        Plaintiff,                                            :
                                                                 :
    - against -                                                 :   **NOTICE OF APPEAL**
                                                                 :
THE REPUBLIC OF ARGENTINA and                                    :
BANCO DE LA NACION ARGENTINA,                                    :
                                                                 :
        Defendant.                                            :
                                                                 :
---------------------------------------------------------------- X

FILED U.S. DC
OCT 29 2010
S.D. OF N.Y.

Notice is hereby given that the Republic of Argentina, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit the order and opinion of the District Court dated September 30, 2010, as well as the underlying attachment order of the District Court dated September 12, 2008 and the order and opinion of the District Court dated September 30, 2009, to the extent they relate to the account held at Banco de la Nación Argentina on behalf of the Agencia Nacional de Promoción Científica y Tecnológica.

Dated: New York, New York
      October 29, 2010

                              CLEARY GOTTLIEB STEEN & HAMILTON LLP

                              By: _____
                                  Jonathan I. Blackman (jblackman@cgsh.com)
                                  Carmine D. Boccuzzi (cboccuzzi@cgsh.com)
                                  Christopher P. Moore (cmoore@cgsh.com)

                              One Liberty Plaza
                              New York, New York 10006
                              (212) 225-2000

                              Attorneys for the Republic of Argentina